UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

[FILED ELECTRONICALLY]

| | |
|---|---|
| THOMAS TABER, Individually and on behalf of all others similarly situated, | )<br>)<br>) |
| PLAINTIFF | ) CIVIL ACTION NO. 5:06-CV-144-R |
| v. | ) |
| McCRACKEN COUNTY, KENTUCKY, et al., | ) |
| DEFENDANTS. | ) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Plaintiff, Thomas Taber, individually and on behalf of all others similarly situated, respectfully requests leave of Court to file the attached Second Amended Complaint for the purpose of (a) adding as named Plaintiffs Walter R. George, Chad E. Downs and Marland W. Riley, and (b) deleting allegations relating to the disparate, unconstitutional treatment of state inmates incarcerated in the McCracken County Detention Center, as opposed to those housed in state facilities.

**WHEREFORE,** Plaintiff respectfully requests that the Court grant this motion and permit him to file the attached Second Amended Complaint.

Respectfully submitted,

/s/ Gregory A. Belzley
Gregory A. Belzley
DINSMORE & SHOHL LLP
1400 PNC Plaza
500 West Jefferson Street
Louisville, KY  40202
(502) 540-2300 (Telephone)
(502) 585-2207 (Facsimile)

## **CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing was served via CM/ECF this 29th day of February, 2008, on:

Stacey A. Blankenship, Esq.
Denton & Keuler
P.O. Box 929
Paducah, Kentucky  42002-0929

              /s/ Gregory A. Belzley
              Gregory A. Belzley
              ***Counsel for Plaintiff***